## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BRAXTON | : | 02-1434 |
| FOSHEE | : | 02-1499 |
| HAMILTON | : | 02-1506 |
| BERMUDEZ | : | 02-1523 |
| ELKINS | : | 02-1527 |
| THOMAS | : | 02-1584 |
| CHEREWAN | : | 02-1594 |
| THOMPSON | : | 02-1618 |
| RICHARDS | : | 02-1651 |
| SHELTON | : | 02-1660 |
| PARTRIDGE | : | 02-1688 |
| MARTINEZ | : | 02-1691 |
| SOWELL | : | 02-1946 |
| DAMICO | : | 02-1951 |
| SMITH | : | 02-1976 |
| MEYERS | : | 02-2205 |
| BRYANT | : | 02-2272 |
| BECHAVER | : | 02-2275 |
| ANADERSON | : | 02-2277 |
| DIXON | : | 02-2298 |
| PLANT | : | 02-2307 |
| BAPTISTE | : | 02-2378 |
| ALLISON | : | 02-2383 |
| MARR | : | 02-2471 |
| PATTERSON | : | 02-2472 |
| WHITE | : | 02-2490 |
| RAYMOND | : | 02-3038 |
| FOUSHEE | : | 02-3065 |
| WEBB | : | 02-3070 |
| BRADLEY | : | 02-3098 |
| LAUNDREAUX | : | 02-3133 |
| BAKER | : | 02-3243 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# O R D E R

       **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]   -      Order staying these proceedings pending disposition of a related action.

    [   ]   -      Order staying these proceedings pending determination of arbitration proceedings.

    [   ]   -      Interlocutory appeal filed.

    [ X ]   -      Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

       **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

       **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                           **BY THE COURT:**

                                        _____
                                        **Harvey Bartle, III, Judge**