IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | CIVIL ACTION NOS. |
|---|---|
| THOMPSON | 02-1618 |
| RICHARDS | 02-1651 |
| PARTRIDGE | 02-1688 |
| MARTINEZ | 02-1691 |
| DAMICO | 02-1951 |
| SMITH | 02-1976 |
| BRYANT | 02-2272 |
| BECHAVER | 02-2275 |
| DIXON | 02-2298 |
| PLANT | 02-2307 |
| ALLISON | 02-2383 |
| MARR | 02-2471 |
| WHITE | 02-2490 |
| RAYMOND | 02-3038 |
| WEBB | 02-3070 |
| BRADLEY | 02-3098 |
| LAUNDREAUX | 02-3133 |
| BAKER | 02-3243 |
| BARRY | 02-3297 |
| MCCLUNG | 02-3310 |
| KLINGER | 02-3364 |
| DENIO | 02-3384 |
| THOMSON | 02-3402 |

v.

BAYER CORPORATION et al.

## O R D E R

AND NOW, this _____ day of June, 2002, in accordance with the court's procedure for assignment of cases, it is hereby

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable Harvey Bartle, III to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court