IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| THOMPSON | : | 02-1618 |
| RICHARDS | : | 02-1651 |
| PARTRIDGE | : | 02-1688 |
| MARTINEZ | : | 02-1691 |
| DAMICO | : | 02-1951 |
| SMITH | : | 02-1976 |
| BRYANT | : | 02-2272 |
| BECHAVER | : | 02-2275 |
| DIXON | : | 02-2298 |
| PLANT | : | 02-2307 |
| ALLISON | : | 02-2383 |
| MARR | : | 02-2471 |
| WHITE | : | 02-2490 |
| RAYMOND | : | 02-3038 |
| WEBB | : | 02-3070 |
| BRADLEY | : | 02-3098 |
| LAUNDREAUX | : | 02-3133 |
| BAKER | : | 02-3243 |
| BARRY | : | 02-3297 |
| MCCLUNG | : | 02-3310 |
| KLINGER | : | 02-3364 |
| DENIO | : | 02-3384 |
| THOMSON | : | 02-3402 |
| V. | : |  |
|  | : |  |
| BAYER CORPORATION, et al. | : |  |

**ORDER**

**AND NOW,** this 8th day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed

[X]   -   Other: pending receipt of the Case Transfer Order from the Judicial Panel on Multi-District Litigation transferring case to District of Minnesota.

**IT IS ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
CYNTHIA M. RUFE    , J.